# RESOLUTION OF 1201 PLEASANTVILLE RD. RESTAURANT HOLDING CORP.

The Undersigned, **JULIA PANDOLFO,** managing member of **1201 PLEASANTVILLE RD. RESTAURANT HOLDING CORP.** (the "Corporation") , hereby certifies that the following resolution was adopted in lieu of a formal meeting:

"**RESOLVED** that the Corporation file a petition under Chapter 11 of the United State Bankruptcy Code; and it is

**FURTHER RESOLVED**, that **JULIA PANDOLFO** is authorized to execute legal documents in connection with the Chapter 11 proceeding;

**FURTHER RESOLVED** that the Corporation is authorized to retain Penachio Malara LLP as its counsel.

Dated: May 18, 2017

_____
**JULIA PANDOLFO**