PENACHIO MALARA LLP
235 Main Street
White Plains, NY 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

In re:                                              CHAPTER 11

1201 PLEASANTVILLE ROAD RESTAURANT
HOLDING GROUP, LLC d/b/a CHATTERBOX 54,             CASE NO.: 17-22743 (RDD)

                        Debtor.
----------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

**JULIA PANDOLFO,** hereby affirms as follows:

1. I am the managing member of 1201 Pleasantville Road Restaurant Holding Group, LLC d/b/a Chatterbox 54, the debtor herein (the "Debtor"). My husband, Joseph Pandolfo, assists in managing its operations.

2. I submit this affirmation pursuant to Federal Rule of Bankruptcy Procedure 1007(d) and Local Bankruptcy Rule 1007-2.

3. The Debtor operates an upscale Italian restaurant in Briarcliff Manor, NY. It is a busy, vibrant business with a loyal following.

4. The Debtor's current financial issues emanate from litigation with Berdj Stepanian, a podiatrist and former business associate who commenced litigation against the Debtor and engaged in tactics which compromised its viability. The Debtor intends to address same through this proceeding.

5. No shares of the Debtor are publically held.

6. No property of the Debtor is currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor or any agent for such entity.

7. The Debtor's assets and books and records are located at its offices except for those held by Dr. Stepanian and/or his accountant who refuses to hand them over.

8. Upon information and belief, there are no actions currently pending against the Debtor, the actions by Dr. Stepanian having been resolved.

9. My husband is responsible for the Debtor's day to day senior management. There are approximately 5 to 8 employees who work when needed.

10. The Debtor filed for bankruptcy relief to protect it from the threat of imminent seizure of its assets by Dr. Stepanian.

11. A copy of the corporate resolution authorizing the filing of the Debtor's Chapter 11 proceeding has been filed with the Court.

12. A list of current members is annexed to the bankruptcy petition.

_____

Dated: 5/18/17